UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS GODOY,<br>CESAR GODOY,<br>HECTOR GODOY,<br>JOSE GODOY,<br>VICTOR GODOY,<br>EVER HERRERA,<br>RENE HERRERA,<br>EDUARDO LOPEZ,<br>MIGUEL MAROQUIN,<br>EDGAR RAMIREZ,<br>HUGO TECUN, and<br>EDDY VEGA<br><br>    PLAINTIFFS<br><br>V.<br><br>D&S REMODELING, LLC,<br>CIGDA, INC., and<br>DUSAN CIGANIK<br><br>    DEFENDANTS | CIVIL ACTION NO.<br><br>3:07-cv-1827 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 23, 2008 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs submit this Stipulation of Dismissal and hereby voluntarily dismiss this action with prejudice.

PLAINTIFFs,

By _____ Date 8/26/08
Cecily Kern Ziegler (ct22887)
Connecticut Legal Services, Inc
20 Summer Street
Stamford, Connecticut 06901
Tel.: (203) 348-9216, ext. 102
Fax: (203) 348-2589
cziegler@connlegalsevices.org

DEFENDANTS,

By _____ Date 8/7/2008
Martin S. Echter (ct07956) (ct 07596)
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Tel: (203) 467-6003
Fax: (203) 467-6004
pattycofrancesco@sbcglobal.net

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on August 26, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Cecily Kerr Ziegler (ct22887)
Connecticut Legal Services, Inc.
20 Summer Street
Stamford, Connecticut 06901
Tel.: (203) 348-9216, ext. 102
Fax: (203) 348-2589
cziegler@connlegalsevices.org

2